# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>    *Defendant*. | Case No. 1:11cv756-CAB-NAV |

## PROPOSED ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS

Counsel for all parties in the above captioned action have conferred and agree to the withdrawal of defendant Rockwell Automation, Inc.'s pending Motion to Dismiss the Complaint (*see* Docket Nos. 9 and 21).

Dated: April 21, 2011

/s/      Scott S. Balber

Scott S. Balber
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  SBalber@chadbourne.com

**ATTORNEY FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**

SO ORDERED:

s/Christopher A. Boyko
Judge, United States District Court

April 27, 2011

2

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served this 21st day of April, 2011, with a copy of this document via the Court's CM/ECF system.

Dated: April 21, 2011          /s/     Scott S. Balber

Scott S. Balber
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: SBalber@chadbourne.com

**ATTORNEY FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**