# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:11CV759 ) ) |
| v. | ) JUDGE CHRISTOPHER A. BOYKO ) |
| ROCKWELL AUTOMATION, INC., | ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE FOR JAY R. CAMPBELL

PLEASE TAKE NOTICE that Jay R. Campbell of the firm Renner, Otto, Boisselle and Sklar, LLP hereby enters his appearance as counsel for Plaintiff, WAGO Verwaltungsgesellschaft mbH.

Dated:  April 29, 2011

Respectfully submitted,

s/ Jay R. Campbell
Robert N. Cook (pending *pro hac vice* admission)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)

Jay R. Campbell (0041293)
Mark C. Johnson (0072625)
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
(216) 621-1113 (voice)
(216) 621-6165 (fax)
jcampbell@rennerotto.com
mjohnson@rennerotto.com

*Attorneys for plaintiff*
*WAGO Verwaltungsgesellschaft mbH*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2011 a copy of foregoing ENTRY OF APPEARANCE FOR JAY R. CAMPBELL was filed electronically. Notice of this filing will be sent to the parties by operation of the of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/ Jay R. Campbell
                                                  *Attorney for plaintiff*