IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,

    *Plaintiff*,

v.

ROCKWELL AUTOMATION, INC.,

    *Defendant*.

Case No. 1:11cv756

Judge Christopher A. Boyko
Magistrate Judge Nancy A. Vecchiarelli

## CASE MANAGEMENT NOTICE

    Pursuant to Local Patent Rule 1.5, defendant Rockwell Automation, Inc. and plaintiff WAGO Verwaltungsgesellschaft mbH jointly file this Case Management Notice:

    (a) The action is ripe to be scheduled for a Case Management Conference.

    (b) The parties do not request any modifications to the Local Patent Rules.

    (c) The parties identify no issues impacting the parties' abilities to conform to the rules.

Dated: April 29, 2011

| | |
|---|---|
| /s/ Marck C. Johnson | /s/ Scott S. Balber |
| Mark C. Johnson | Scott S. Balber |
| Renner, Otto, Boisselle & Sklar, LLP | CHADBOURNE & PARKE LLP |
| 1621 Euclid Avenue, 19th Floor | 30 Rockefeller Plaza |
| Cleveland, Ohio 44115 | New York, NY 10112 |
| (216) 621-1113 (voice) | Tel.: (212) 408-5100 |
| (216) 621-6165 (fax) | Fax: (212) 541-5369 |
| Email: mjohnson@rennerotto.com | Email: SBalber@chadbourne.com |
| **ATTORNEY FOR PLAINTIFF WAGO VERWALTUNGSGESELSCHAFT MBH** | **ATTORNEY FOR DEFENDANT ROCKWELL AUTOMATION, INC.** |