# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:11CV756 |
| ) | |
| v. ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| ROCKWELL AUTOMATION, INC., ) ) | |
| Defendant. ) | |

## DECLARATION OF ROBERT N. COOK

I, Robert N. Cook, make this declaration in lieu of affidavit pursuant to Section 1746 of Title 28 of the United States Code, 28 U.S.C. § 1746:

1) I, Robert N. Cook, am a shareholder in the law firm of Whitham, Curtis, Christofferson & Cook, P.C., 11491 Sunset Hills Road, Suite 340, Reston, Virginia 20190, which has been asked by Plaintiff WAGO Verwaltungsgesellschaft mbH to provide representation in connection with the above-captioned matter. My telephone number is (703) 787-9400, my facsimile number is (703) 787-7557, and my email address is bob@wcc-ip.com.

2) I was admitted to the District of Columbia Bar on December 10, 1990, and I was admitted to practice before the District of Columbia Court of Appeals on the same date. My District of Columbia Bar Number is 426058, and I have been, and continue to be, a member in good standing of the District of Columbia Bar.

3) I was admitted to the Virginia State Bar on October 15, 1993, and I was admitted to practice before the Virginia Supreme Court on November 2, 1993. My Virginia State Bar Number is 36411, and I have been, and continue to be, a member in good standing of the Virginia State Bar.

4) I was admitted to practice before U.S. Court of Appeals for the Fourth Circuit in November 1993, and I have been, and continue to be, a member in good standing of the bar of that court.

5) I was admitted to practice (i) before the U.S. District Court for the Eastern District of Virginia on December 5, 2003, (ii) before the U.S. District Court for the Western District of Virginia on December 8, 2003, (iii) before the U.S. District Court for the District of Columbia on December 5, 2005, (iv) before the U.S. District Court for the Northern District of Illinois on June 29, 2006, (v) before the U.S. District Court for the Central District of Illinois on July 11, 2006, and (vi) before the U.S. District Court for the Western District of Wisconsin on December 8, 2010. I have been, and continue to be, a member in good standing of the bars of those courts.

6) I have not been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

7) I have reviewed the Local Civil Rules and the Local Patent Rules of the U.S. District Court for the Northern District of Ohio, and I agree to be bound by such Rules and by the Orders of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Fairfax County, Virginia on April 29, 2011.

s/ Robert N. Cook
Robert N. Cook
