# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:11CV756 |
| v. ) ) | JUDGE CHRISTOPHER A. BOYKO |
| ROCKWELL AUTOMATION, INC., ) ) | |
| Defendant. ) | |

## MOTION TO ADMIT MICHAEL E. WHITHAM *PRO HAC VICE*

Plaintiff WAGO Verwaltungsgesellschaft mbH ("WVG"), by and through its undersigned counsel, hereby moves this Court pursuant to Local Civil Rule 83.5(h) for the admission of Michael E. Whitham *pro hac vice* so that he may appear and participate in this case on behalf of WVG. The attached Declaration of Michael E. Whitham in support of this Motion is incorporated by reference as if fully restated herein.

As established by the attached Declaration, Mr. Whitham is a member in good standing of the Virginia State Bar (Va. Bar No. 31613). In addition, Mr. Whitham has been admitted to the bars of the U.S. Court of Appeals for the Fourth and the Federal Circuits, as well as the U.S. District Courts for the Eastern and Western Districts of Virginia. Mr. Whitham agrees to be bound by the Local Civil Rules and Local Patent Rules of this District and by the Orders of this Court.

Mr. Whitham's contact information, as provided in the accompanying Declaration, is as follows:

       Michael E. Whitham (Va. Bar No.  31613)
       Whitham, Curtis, Christofferson & Cook, P.C.
       11491 Sunset Hills Road, Suite 340
       Reston, Virginia 20190
       (703) 787-9400 (voice)
       (703) 787-7557 (fax)
       mike@wcc-ip.com

For the foregoing reasons, counsel for WVG respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Michael E. Whitham.  This Motion is accompanied by the required *pro hac vice* admission fee of $100.00.

Dated:  April 29, 2011           Respectfully submitted,

       s/ Mark C. Johnson
       Robert N. Cook (pending admission)
       Michael E. Whitham (pending admission)
       Philana S. Handler (pending admission)
       Whitham, Curtis, Christofferson & Cook, P.C.
       11491 Sunset Hills Road, Suite 340
       Reston, Virginia 20190
       (703) 787-9400 (voice)
       (703) 787-7557 (fax)

       Jay R. Campbell (0041293)
       Mark C. Johnson (0072625)
       RENNER, OTTO, BOISSELLE & SKLAR, LLP
       1621 Euclid Avenue
       Nineteenth Floor
       Cleveland, Ohio 44115
       (216) 621-1113 (voice)
       (216) 621-6165 (fax)
       jcampbell@rennerotto.com
       mjohnson@rennerotto.com

       *Attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2011 a copy of foregoing MOTION TO ADMIT MICHAEL E. WHITHAM *PRO HAC VICE* was filed electronically. Notice of this filing will be sent to the parties by operation of the of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mark C. Johnson<br>
*Attorney for plaintiff*