IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>*Plaintiff*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge Christopher A. Boyko<br>Magistrate Judge Nancy A. Vecchiarelli |

**DEFENDANT ROCKWELL AUTOMATION INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Rockwell Automation, Inc. ("Defendant") respectfully moves the Court to enter judgment on the pleadings in favor of Defendant under Fed. R. Civ. Pro. 12(c) and dismiss this action with prejduice. A memorandum in support of this motion is being filed herewith.

Dated: May 13, 2011                s/   John M. Hintz

John M. Hintz (admitted *pro hac vice*)
Email: JHintz@chadbourne.com
Scott S. Balber (admitted in N.D. Ohio)
SBalber@chadbourne.com
Paul J. Tanck (admitted *pro hac vice*)
Email: PTanck@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

**ATTORNEYS FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served this 13th day of May, 2011, with a copy of this document via the Court's CM/ECF system.

        s/     Paul Tanck

Paul Tanck (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: PTanck@chadbourne.com

**ATTORNEY FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**