**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, <br><br> Plaintiff, <br><br> v. <br><br> ROCKWELL AUTOMATION, INC., <br><br> Defendant. | Case No. 1:11CV756 <br><br> JUDGE CHRISTOPHER A. BOYKO |

**CERTIFICATION REQUIRED BY LOCAL RULE 7.1(f)**

I, Robert N. Cook, counsel for Plaintiff WAGO Verwaltungsgesellschaft mbH ("**WVG**"), certify as required by Local Rule 7.1(f) that the above-captioned matter has not been assigned to a case management track and that WVG's Opposition to Defendant's Motion for Judgment on the Pleadings (to which this certification is being filed as an attachment) does not exceed twenty (20) pages in length, exclusive of the table of contents and table of authorities.

| | |
|---|---|
| Date: June 15, 2011 | Respectfully submitted, <br><br> /s/  Robert N. Cook <br> _____ <br> Robert N. Cook (*pro hac vice*) <br> Whitham, Curtis, Christofferson & Cook, P.C. <br> 11491 Sunset Hills Road, Suite 340 <br> Reston, Virginia 20190 <br> (703) 787-9400 (voice) <br> (703) 787-7557 (fax) <br> bob@wcc-ip.com <br><br> Counsel for Plaintiff <br> WAGO VERWALTUNGSGESELLSCHAFT MBH |

## CERTIFICATE OF SERVICE

I certify that, on June 15, 2011, I caused the foregoing CERTIFICATION REQUIRED BY LOCAL RULE 7.1(f) to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service.

/s/ Robert N. Cook
_____
Robert N. Cook (*pro hac vice*)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
bob@wcc-ip.com

Counsel for Plaintiff
WAGO VERWALTUNGSGESELLSCHAFT MBH