**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, <br><br> *Plaintiff*, <br><br> v. <br><br> ROCKWELL AUTOMATION, INC., <br><br> *Defendant*. | Case No. 1:11cv756 <br><br> Judge Christopher A. Boyko <br> Magistrate Judge Nancy A. Vecchiarelli |

**CERTIFICATION OF COMPLIANCE WITH PAGE LIMITATIONS
<u>PURSUANT TO LOCAL RULE 7.1(F)</u>**

I, JOHN M. HINTZ, hereby certify the following in compliance with the Local Civil Rules of the U.S. District Court for the Northern District of Ohio:

1. The above captioned case has not been assigned to one of the case management tracks described in Local Rule 16.2.

2. Pursuant to Local Rule 7.1(f), memoranda relating to dispositive motions must not exceed twenty (20) pages for unassigned cases.

2. In compliance with Local Rule 7.1(f), the foregoing Reply Memorandum in Support of Defendant Rockwell's Motion for Judgment on the Pleadings does not exceed twenty (20) pages in length.

Dated: July 1, 2011            s/   John M. Hintz

                                                   John M. Hintz (admitted *pro hac vice*)
                                                   Email:  jhintz@chadbourne.com
                                                   Scott S. Balber (admitted in N.D. Ohio)
                                                   sbalber@chadbourne.com
                                                   Paul J. Tanck (admitted *pro hac vice*)

Email: ptanck@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

**ATTORNEYS FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**

**CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record are being served this 1st day of July, 2011, with a copy of this document via the Court's CM/ECF system.

         s/  Paul Tanck

         Paul Tanck (admitted *pro hac vice*)
         CHADBOURNE & PARKE LLP
         30 Rockefeller Plaza
         New York, NY  10112
         Tel.:  (212) 408-5100
         Fax:  (212) 541-5369
         Email:  ptanck@chadbourne.com

         **ATTORNEY FOR DEFENDANT**
         **ROCKWELL AUTOMATION, INC.**