# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Paul J. Tanck**
direct tel +1 212 408 1116
ptanck@chadbourne.com

February 7, 2012

**Via ECF**

Clerk of Court
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 15B
Cleveland, Ohio 44113

Re: *WAGO Verwaltungsgesellschaft mbH v. Rockwell Automation, Inc.*
    *Case No. 1:11cv756 (N.D. Ohio)*

To the Clerk of the Court:

We represent defendant Rockwell Automation, Inc. ("Defendant") in the above captioned action. We write to request that the lead attorney for Defendant be changed from John M. Hintz to Paul J. Tanck. Thank you.

Very truly yours,

Paul Tanck
*Counsel for Defendant*
*Rockwell Automation, Inc.*

Cc:  *Via ECF & Email*

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (phone)
(703) 787-7557 (fax)
bob@wcc-ip.com
*Counsel for Plaintiff*
*WAGO Verwaltungsgesellschaft mbH*

Mark C. Johnson
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, 19th Floor
Nineteenth Floor
Cleveland, Ohio 44115



**CHADBOURNE**
**& PARKE** LLP

Clerk of the Court -2- February 7, 2012

(216) 621-1113 (voice)
(216) 621-6165 (fax)
mjohnson@rennerotto.com
*Counsel for Plaintiff*
*WAGO Verwaltungsgesellschaft mbH*