IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND)

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>*Plaintiff*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge Christopher A. Boyko<br>Magistrate Judge Nancy A. Vecchiarelli |

## NOTICE OF WITHDRAWAL

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that I hereby withdraw my appearance as counsel of record for Defendant Rockwell Automation, Inc. ("Defendant") in the above-captioned action.

As Defendant will continue to be represented by other counsel of record from Chadbourne & Parke LLP, my withdrawal will not delay the resolution of this matter, or prejudice any parties. All further notices, pleadings and other documents should be served upon the remaining counsel of record for Defendant.

Dated: February 17, 2012        /s/ John M. Hintz

                                          John M. Hintz (admitted *pro hac vice*)