**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br>　　　　　　　　Defendant. | Case No. 1:11CV756<br><br>JUDGE CHRISTOPHER A. BOYKO |

**MOTION FOR ENTRY OF PROTECTIVE ORDER AND
MOTION FOR CASE MANAGEMENT CONFERENCE**

　　　Plaintiff WAGO Verwaltungsgesellschaft mbH and Defendant Rockwell Automation, Inc. hereby move this Court to enter a Stipulated Protective Order such as that filed concurrently herewith.

　　　In addition, the parties move this Court for a case management conference to discuss discovery following the Court's order denying Rockwell's Rule 12(c) motion. A Revised Report of Parties' Planning Meeting is being filed concurrently herewith.

-2-

Date: August 3, 2012                                    Respectfully submitted,

/s/ Paul J. Tanck (by consent)                          /s/ Mark C. Johnson
Scott Balber (admitted in N.D. Ohio)                    Jay R. Campbell
Paul J. Tanck (admitted *pro hac vice*)                 Mark C. Johnson
Chadbourne & Parke LLP                                  Renner, Otto, Boisselle & Sklar, LLP
30 Rockefeller Plaza                                    1621 Euclid Avenue, 19th Floor
New York, N.Y. 10112                                    Cleveland, Ohio 44115
(212) 408-5100 (voice)                                  (216) 736-3170 (voice)
(212) 230-8888 (fax)                                    (216) 621-6165 (fax)
sbalber@chadbourne.com                                  jcampbell@rennerotto.com
ptanck@chadbourne.com                                   mjohnson@rennerotto.com

COUNSEL FOR DEFENDANT                                   Robert N. Cook
ROCKWELL AUTOMATION, INC.                               Whitham, Curtis, Christofferson & Cook, P.C.
                                                        11491 Sunset Hills Road, Suite 340
                                                        Reston, Virginia 20190
                                                        (703) 787-9400 (voice)
                                                        (703) 787-7557 (fax)
                                                        bob@wcc-ip.com

                                                        COUNSEL FOR PLAINTIFF
                                                        WAGO VERWALTUNGSGESELLSCHAFT
                                                        MBH

## CERTIFICATE OF SERVICE

I certify that, on August 3, 2012, I caused the foregoing MOTION FOR ENTRY OF PROTECTIVE ORDER AND MOTION FOR CASE MANAGEMENT CONFERENCE to be electronically filed. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service.

/s/ Mark C. Johnson
Mark C. Johnson

Counsel for Plaintiff
WAGO VERWALTUNGSGESELLSCHAFT MBH