**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

WAGO VERWALTUNGSGESELLSCHAFT,      )
                                   )
           Plaintiff,              )      Civil Action No. 1:11CV756
                                   )
                                   )
v.                                 )      JUDGE CHRISTOPHER A.BOYKO
                                   )
ROCKWELL AUTOMATION, INC.,         )
                                   )
           Defendant.              )

**ENTRY OF APPEARANCE FOR NICHOLAS J. GINGO**

PLEASE TAKE NOTICE that Nicholas J. Gingo of the firm Renner, Otto, Boisselle and

Sklar, LLP hereby enters his appearance as counsel for Plaintiff, WAGO

Verwaltungsgesellschaft mbH.


Date:  August 16, 2012                    Respectfully submitted,

                                          /s/ Nicholas J. Gingo_____
                                          Jay R. Campbell (Ohio Bar No. 0041293)
                                          Mark C. Johnson (Ohio Bar No. 0072625)
                                          Nicholas J. Gingo (Ohio Bar No. 0083684)
                                          Renner, Otto, Boisselle & Sklar, LLP
                                          1621 Euclid Avenue, 19th Floor
                                          Cleveland, Ohio 44115
                                          (216) 736-3170 (voice)
                                          (216) 621-6165 (fax)
                                          jcampbell@rennerotto.com
                                          mjohnson@rennerotto.com
                                          ngingo@rennerotto.com

                                          Robert N. Cook
                                          Whitham, Curtis, Christofferson & Cook, P.C.
                                          11491 Sunset Hills Road, Suite 340
                                          Reston, Virginia 20190
                                          (703) 787-9400 (voice)
                                          (703) 787-7557 (fax)

bob@wcc-ip.com

COUNSEL FOR PLAINTIFF
WAGO VERWALTUNGSGESELLSCHAFT
MBH

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2012 a copy of foregoing was filed electronically.

Notice of this filing will be sent to the parties by operation of the of the Court's electronic filing

system.  Parties may access this filing through the Court's system.

s/ Nicholas J. Gingo _____
*Attorney for* WAGO Verwaltungsgesellschaft