# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>*Plaintiff,*<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant.* | Case No. 1:11CV756<br><br>JUDGE CHRISTOPHER A. BOYKO |

### DECLARATION OF DAVID L. DE BRUIN
### IN SUPPORT OF MOTION TO PERMIT *PRO HAC VICE* APPEARANCE

I, David L. De Bruin, declare as follows:

1. I am seeking admission pro hac vice to appear and serve as counsel for plaintiff WAGO Verwaltungsgesellschaft MBH in the above-captioned case only.

2. I am a member in good standing of and eligible to practice in the State of Wisconsin (Bar No. 1016776), and admitted to practice on September 13, 1982. I am also admitted to practice in the State of Illinois and before the United States Patent and Trademark Office.

3. I am admitted to practice before the U. S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Seventh Circuit and various federal district courts.

4. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

5. My full name and contact information is:

>David L. DeBruin
>Michael Best & Friedrich LLP
>100 E. Wisconsin Avenue, Suite 3300
>Milwaukee, WI 5353202-4108
>Telephone: (414) 271-6560
>Facsimile (414) 271-0656
>dldebruin@michaelbest.com

6. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

7. I have never been disbarred or suspended from practice before any court.

8. I have never been disciplined or denied admission by a jurisdiction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 14, 2012 at Milwaukee, Wisconsin.

David L. De Bruin