# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, <br><br> *Plaintiff,* <br><br> v. <br><br> ROCKWELL AUTOMATION, INC. <br><br> *Defendant.* | Case No. 1:11CV756 <br><br> JUDGE CHRISTOPHER A. BOYKO |

## DECLARATION OF GILBERTO E. ESPINOZA
## IN SUPPORT OF MOTION TO PERMIT *PRO HAC VICE* APPEARANCE

I, Gilberto E. Espinoza, declare as follows:

1. I am seeking admission *pro hac vice* to appear and serve as counsel for plaintiff WAGO Verwaltungsgesellschaft MBH in the above-captioned case only.

2. I am a member in good standing of and eligible to practice in the State of Illinois (Bar No. 6277437), and admitted to practice on November 7, 2002.

3. I am also admitted to practice in the following Federal Jurisdictions: U.S. Court of Appeals for the Federal Circuit and the Seventh Circuit, U.S. District Courts for the Northern District of Illinois, the Southern District of Illinois, the Western District of Wisconsin, the Western District of Michigan.

4. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

5. My full name and contact information is:

> Gilberto E. Espinoza
> MICHAEL BEST & FRIEDRICH LLP
> Two Prudential Plaza
> 180 N. Stetson Ave., Suite 2000
> Chicago, Illinois 60601
> Telephone: 312.596.5802
> Facsimile 312.222.0818
> geespinoza@michaelbest.com

6. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

7. I have never been disbarred or suspended from practice before any court

8. I have never been disciplined or denied admission by a jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of August 2012.

_____
Gilberto E. Espinoza

2