# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br>Plaintiff,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br>Defendant. | Case No. 1:11CV756<br><br>JUDGE CHRISTOPHER A. BOYKO |

**MOTION TO PERMIT *PRO HAC VICE* APPEARANCE OF MARSHALL J. SCHMITT**

The undersigned counsel hereby moves under Local Civil Rule 83.5(h) for an Order granting admission *pro hac vice* to Marshall J. Schmitt, Esq. as counsel for plaintiff WAGO Verwaltungsgesellschaft mbH in this case.  A declaration supporting this motion is attached as Exhibit A and is incorporated herein as if fully rewritten.  The $100.00 fee is paid herewith.  For these reasons, this Motion should be granted.

Date:  August 16, 2012

Respectfully submitted,

/s/ Nicholas J. Gingo
Jay R. Campbell (Ohio Bar No. 0041293)
Mark C. Johnson (Ohio Bar No. 0072625)
Nicholas J. Gingo (Ohio Bar No. 0083684)
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 736-3170 (voice)
(216) 621-6165 (fax)
jcampbell@rennerotto.com
mjohnson@rennerotto.com
ngingo@rennerotto.com

Robert N. Cook
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340

-2-

        Reston, Virginia 20190
        (703) 787-9400 (voice)
        (703) 787-7557 (fax)
        bob@wcc-ip.com

        COUNSEL FOR PLAINTIFF
        WAGO VERWALTUNGSGESELLSCHAFT
        MBH

**CERTIFICATE OF SERVICE**

I certify that, on August 16, 2012, I caused the foregoing to be electronically filed. All parties are represented by attorneys of record registered with CM/ECF and will receive service electronically. There is no party requiring a different form of service.

/s/ Nicholas J. Gingo
Nicholas J. Gingo

Counsel for Plaintiff
WAGO VERWALTUNGSGESELLSCHAFT MBH