# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>*Plaintiff*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge Christopher A. Boyko<br>Magistrate Judge Nancy A. Vecchiarelli |

### DEFENDANT ROCKWELL AUTOMATION, INC.'S
### OPPOSED MOTION TO ADJOURN
### THE OCTOBER 5, 2012 CASE MANAGEMENT CONFERENCE

Defendant Rockwell Automation, Inc. ("Rockwell"), by and through its attorneys Chadbourne & Parke LLP, respectfully moves the Court for an adjournment of the October 5, 2012 Case Management Conference ("CMC"). Rockwell respectfully requests that the conference be adjourned until October 26, 2012 or to a subsequent date that is convenient for the Court. A supporting memorandum is being filed with this motion. Opposing counsel has agreed to submit its opposition to this motion by Tuesday, October 2, 2012.

Dated:  September 28, 2012          s/   Paul J. Tanck

                                                             Scott S. Balber (admitted in N.D. Ohio)
                                                             email:  Sbalber@Chadbourne.com
                                                             Paul J. Tanck (admitted *pro hac vice*)
                                                             email:  PTanck@Chadbourne.com
                                                             CHADBOURNE & PARKE LLP
                                                             30 Rockefeller Plaza
                                                             New York, NY  10112
                                                             Tel.:  (212) 408-5100
                                                             Fax:  (212) 541-5369

                                                             **ATTORNEYS FOR DEFENDANT**
                                                             **ROCKWELL AUTOMATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served this 28th day of September, 2012, with a copy of this document via the Court's CM/ECF system.

                        s/      Paul Tanck

                        Paul J. Tanck (admitted *pro hac vice*)
                        CHADBOURNE & PARKE LLP
                        30 Rockefeller Plaza
                        New York, NY 10112
                        Tel.: (212) 408-5100
                        Fax: (212) 541-5369
                        email: PTanck@chadbourne.com

                        **ATTORNEY FOR DEFENDANT
                        ROCKWELL AUTOMATION, INC.**