## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,

    *Plaintiff,*

    v.

ROCKWELL AUTOMATION, INC.,

    *Defendant.*

Case No. 1:11cv756

Judge Christopher A. Boyko
Magistrate Judge Nancy A. Vecchiarelli

## DECLARATION OF PAUL TANCK IN SUPPORT OF DEFENDANT ROCKWELL AUTOMATION INC'S OPPOSED MOTION TO ADJOURN THE OCTOBER 5, 2012 CASE MANAGEMENT CONFERENCE

I, Paul Tanck, declare as follows:

I am an attorney with the law firm Chadbourne & Parke LLP, counsel for Defendant Rockwell Automation, Inc. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently thereto:

1.    Attached as Exhibit 1 is a true and correct copy of an email exchange between Mark Johnson, counsel for Plaintiff WAGO Verwaltungsgesellschaft mbH, and Paul Tanck, where Mr. Johnson indicates his opposition to my request that the parties reschedule the Case Management Conference to October 26, 2012.

2.    I spoke by phone with Mr. Johnson on September 28, 2012. During our conversation, Mr. Johnson agreed to submit any opposition to Rockwell's Motion to Adjourn the October 5, 2012 Case Management Conference by Tuesday, October 2, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of September, 2012 at New York, NY.

Dated:  September 28, 2012           s/   Paul J. Tanck

Scott S. Balber (admitted in N.D. Ohio)
email:  Sbalber@Chadbourne.com
Paul J. Tanck (admitted *pro hac vice*)
email:  PTanck@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369

**ATTORNEYS FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served this 28th day of September, 2012, with a copy of this document via the Court's CM/ECF system.


s/     Paul Tanck

Paul J. Tanck (admitted *pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
email:  PTanck@chadbourne.com

**ATTORNEY FOR DEFENDANT
ROCKWELL AUTOMATION, INC.**