# Exhibit 1

Case: 1:11-cv-00756-CAB Doc #: 59-1 Filed: 09/28/12 1 of 4. PageID #: 738

# Martinez, Jacob

| | |
|---|---|
| **From:** | Mark Johnson [mjohnson@rennerotto.com] |
| **Sent:** | Thursday, September 27, 2012 7:13 AM |
| **To:** | Tanck, Paul; De Bruin, David L |
| **Cc:** | Vakili, Kamran; Martinez, Jacob; Balber, Scott; Jay Campbell; Schapira, Lisa; Nicholas Gingo |
| **Subject:** | RE: WVG v. Rockwell: CMC Order |

Paul,

We are available on October 26, but we oppose rescheduling the CMC.

Mark

---

**From:** Tanck, Paul [mailto:PTanck@chadbourne.com]
**Sent:** Sunday, September 23, 2012 9:32 AM
**To:** Mark Johnson; De Bruin, David L
**Cc:** Vakili, Kamran; Martinez, Jacob; Balber, Scott; Jay Campbell; Schapira, Lisa; Nicholas Gingo; Tanck, Paul
**Subject:** RE: WVG v. Rockwell: CMC Order

Mark,

We will let the Court know your position regarding having Rockwell's counsel participate by phone on October 5 and that you have no scheduling conflict with the proposed alternative October 26 date.

Best,

Paul


**Paul J. Tanck**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1116 | **fax** 212-541-5369
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

**From:** Mark Johnson [mailto:mjohnson@rennerotto.com]
**Sent:** Friday, September 21, 2012 11:18 AM
**To:** Tanck, Paul
**Cc:** Vakili, Kamran; Martinez, Jacob; Balber, Scott; Jay Campbell; Schapira, Lisa; Nicholas Gingo; De Bruin, David L (DLDebruin@michaelbest.com)
**Subject:** RE: WVG v. Rockwell: CMC Order

Paul,

We are available on October 5 and prefer that the CMC go forward on that date. This case has been delayed long enough. We will not oppose if you move to participate by phone.

Mark

---

**From:** Tanck, Paul [mailto:PTanck@chadbourne.com]
**Sent:** Friday, September 21, 2012 10:21 AM

1

**To:** Mark Johnson
**Cc:** Vakili, Kamran; Martinez, Jacob; Balber, Scott; Jay Campbell; Schapira, Lisa; Nicholas Gingo
**Subject:** RE: WVG v. Rockwell: CMC Order

Mark,

We will be sending you a CD of containing Rockwell's document production either today or Monday.

We are unavailable for the October 5 Case Management Conference and would like to move the case management conference to Friday October 26.

Please let us know if that date works for you.  Thank you.

Best,

Paul

**Paul J. Tanck**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1116 | **fax** 212-541-5369
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

**From:** Mark Johnson [mailto:mjohnson@rennerotto.com]
**Sent:** Wednesday, September 19, 2012 11:40 AM
**To:** Tanck, Paul
**Cc:** Vakili, Kamran; Martinez, Jacob; Balber, Scott; Jay Campbell; Schapira, Lisa; Nicholas Gingo; De Bruin, David L (DLDebruin@michaelbest.com)
**Subject:** WVG v. Rockwell: CMC Order

Paul,

The Court just issued a notice of case management conference and attached a sample non-patent joint planning report. I contacted docketing and confirmed that we do not need to submit another planning report.  The person with whom I spoke indicated that she was not aware of the previously filed planning report at the time she issued the notice.

Regards,
Mark

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com