UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.<br><br>Defendant. | Case No. 1:11-cv-756<br><br>Judge Christopher Boyko |

## NOTICE OF APPEARANCE OF STEVEN M. AUVIL

PLEASE TAKE NOTICE that Steven M. Auvil, an attorney with the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters his appearance as additional counsel for Defendant Rockwell Automation, Inc.

DATED:  October 24, 2012

Respectfully submitted,

*/s/  Steven M. Auvil*
Steven M. Auvil (0063827)
sauvil@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588

Scott Balber
sbalber@chadbourne.com
Paul J. Tanck (PHV)
ptanck@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, N.Y. 10112
(212) 408-5100 (voice)

7389680 v1

(212) 230-8888 (fax)

Attorneys for Rockwell Automation, Inc.

Case: 1:11-cv-00756-CAB Doc #: 60 Filed: 10/24/12 2 of 3. PageID #: 743

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


                                                */s/ Steven M. Auvil*
                                                Steven M. Auvil (0063827)

7389680 v1