IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,

    *Plaintiff*,

  v.

ROCKWELL AUTOMATION, INC.,

    *Defendant*.

Case No. 1:11cv756-CAB-NAV

## MOTION FOR ADMISSION PRO HAC VICE FOR ABBE DAVID LOWELL

Pursuant to Northern District of Ohio Local Rule 83.5(h), Steven M. Auvil hereby moves the Court to admit Abbe David Lowell pro hac vice to appear and participate for Rockwell Automation, Inc. ("Rockwell") in the above captioned matter.

Movant represents that Abbe Lowell is a member of good standing of the State Bar of New York, *See* Affidavit of Abbe David Lowell, attached as Exhibit A.  This Motion is accompanied by the required payment of the $100.00 pro hac admission fee.

Abbe David Lowell's relevant identifying information is as follows:

Abbe David Lowell

CHADBOURNE & PARKE LLP

1200 New Hampshire Avenue, N.W.

Washington, DC  20036

Tel.:  (202) 974-5605

Fax:  (202) 974-5602

adlowell@chadbourne.com

New York Bar registration number 2981744

DATED:  October 24, 2012   Respectfully submitted,

              */s/  Steven M. Auvil*
              Steven M. Auvil (0063827)
              sauvil@beneschlaw.com
              **BENESCH, FRIEDLANDER,**
              **COPLAN & ARONOFF LLP**
              200 Public Square, Suite 2300
              Cleveland, Ohio  44114-2378
              Telephone:  (216) 363-4500
              Facsimile:  (216) 363-4588

              Scott Balber
              sbalber@chadbourne.com
              Paul J. Tanck (PHV)
              ptanck@chadbourne.com
              Chadbourne & Parke LLP
              30 Rockefeller Plaza
              New York, N.Y. 10112
              (212) 408-5100 (voice)
              (212) 230-8888 (fax)

              Attorneys for Defendant Rockwell Automation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Steven M. Auvil*

Steven M. Auvil (0063827)

An attorney for Defendant
Rockwell Automation, Inc.