IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,

    *Plaintiff,*

v.

ROCKWELL AUTOMATION, INC.,

    *Defendant.*

Case No. 1:11cv756

## AFFIDAVIT OF ABBE DAVID LOWELL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Abbe David Lowell states as follows:

1. I submit this affidavit in support of the Motion for Admission of Abbe David Lowell Pro Hac Vice.

2. I am a partner with the law firm Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, which is the counsel for defendant Rockwell Automation, Inc. in the above captioned matter.

3. I have been licensed to practice in the State of New York since 1978, and my New York Bar registration number is 2981744.

4. I am a member in good standing in the United States District Court for the District of Columbia.

5. I am a member in good standing in the United States District Court for the Southern District of New York.

6. I am a member in good standing in the United States District Court for the Northern District of New York.

7. I am a member in good standing in the United States District Court for the Northern District of New York.

8. I am a member in good standing in the United States District Court for the Eastern District of New York.

9. I am a member in good standing in the United States District Court for the Northern District of Texas.

10. I am a member in good standing in the United States District Court for the District of Connecticut.

11. I am a member in good standing in the United States Court of Appeals for the District of Columbia Circuit.

12. I am a member in good standing in the United States Court of Appeals for the First Circuit.

13. I am a member in good standing in the United States Court of Appeals for the Second Circuit.

14. I am a member in good standing in the United States Court of Appeals for the Fourth Circuit.

15. I am a member in good standing in the United States Court of Appeals for the Fifth Circuit.

16 I am a member in good standing in the United States Court of Appeals for the Federal Circuit.

17    I am also a member in good standing in the United States Supreme Court.

18.    I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

19.    No disciplinary proceeding is presently pending against me in any jurisdiction.

20.    Good cause exists for the filing of this Motion as there has been an attorney-client relationship with this client for an extended period of time.

21    I affirm, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Abbe David Lowell

Subscribed and sworn to before me this
__24th__ day of __October__, 2012
__Ana C. Colletti__
Notary Public
My Commission expires: __9/14/13__