UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.<br><br>    Defendant. | Case No. 1:11-cv-756<br><br>Judge Christopher Boyko |

## MOTION TO APPEAR BY TELEPHONE

Defendant Rockwell Automation, Inc. ("Rockwell") hereby moves for permission to allow Steven M. Auvil to appear by telephone at the case management conference on Friday, October 26, 2012.  In support of this Motion, Rockwell states that Steven M. Auvil has entered an appearance in this case today.  Due to a previously scheduled trial, Mr. Auvil will be in Washington, D.C. during the case management conference.  Lead counsel for Rockwell, Paul J. Tanck of Chadbourne & Parke, will attend in person.  Accordingly, Rockwell respectfully requests the Court grant it permission to have Steven M. Auvil appear by telephone.

DATED:  October 24, 2012                              Respectfully submitted,

*/s/  Steven M. Auvil*
Steven M. Auvil (0063827)
sauvil@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588

Scott Balber

7389762 v1

sbalber@chadbourne.com
Paul J. Tanck (PHV)
ptanck@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, N.Y. 10112
(212) 408-5100 (voice)
(212) 230-8888 (fax)

Attorneys for Defendant Rockwell Automation, Inc.

7389762 v1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                       */s/ Steven M. Auvil*
                                       Steven M. Auvil (0063827)

                                       An attorney for Defendant
                                       Rockwell Automation, Inc.