UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WAGO VERWALTUNGGESELL-SCHAFT, | ) ) ) | CASE NO.1:11CV756 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| ROCKWELL AUTOMATION, INC., | ) ) | CASE MANAGEMENT ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 26, 2012, the Court held a Case Management Conference attended by counsel for all parties. As a result of the CMC the Court sets the following schedule:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures | November 14, 2012 |
| L.P.R. 3.5 Invalidity and Unenforceability Contentions | November 27, 2012 |
| Deadline for Amending Pleadings and Adding Parties | November 30, 2012 |
| L.P.R. 4.1(a) and (b) Exchange of Proposed Terms for Construction and Supporting Materials | November 30, 2012 |
| L.P.R. 3.7 Plaintiff's Responses to Defendant's Invalidity and Unenforceability Contentions | December 11, 2012 |

| | |
|---|---|
| L.P.R. 4.1(c) Final List of Claim Terms | December 28, 2012 |
| L.P.R. 4.2(a) Exchange of Preliminary Claim Constructions and Evidence | January 11, 2013 |
| L.P.R. 4.3(a) Disclosure of Claim Construction Expert | January 25, 2013 |
| L.P.R. 4.3(b) Disclosure of Claim Construction Rebuttal Expert | February 15, 2013 |

Upon the disclosure of the claims construction expert and rebuttal expert the Court will hold a settlement conference.  Parties shall submit to the Court, no later than November 19, 2012, proposed, agreed upon dates for a settlement conference to be held within 30 days of the disclosure of the claim construction rebuttal expert.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated:  November 7, 2012