**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.<br><br>      Defendant. | Case No. 1:11-cv-756<br><br>Judge Christopher Boyko |

## NOTICE OF CHANGE OF FIRM

     Defendant, Rockwell Automation, Inc., by and through the undersigned counsel, Steven M. Auvil, hereby respectfully advises the Court and all Counsel of record that Mr. Auvil is no longer with the firm Benesch, Friedlander, Coplan & Aronoff, LLP. Mr Auvil is now a member of Squire Sanders (US) LLP. Mr. Auvil's new contact information is set forth below:

                Steven M. Auvil
                Squire Sanders (US) LLP
                4900 Key Tower
                127 Public Square
                Cleveland, OH 44114
                steven.auvil@squiresanders.com
                T: + 1 216 479 8023
                F: +1 216 479 8780

Please forward all future correspondence, pleadings, discovery, and any other documents, information, or queries to the new address.

DATED: November 14, 2012 　　　　　Respectfully submitted,

　　　　　*/s/ Steven M. Auvil*
　　　　　Steven M. Auvil (0063827)
　　　　　steven.auvil@squiresanders.com
　　　　　**SQUIRE SANDERS (US) LLP**
　　　　　4900 Key Tower
　　　　　127 Public Square
　　　　　Cleveland, Ohio 44114
　　　　　Telephone: (216) 479-8023
　　　　　Facsimile: (216) 479-8780

　　　　　Scott Balber
　　　　　sbalber@chadbourne.com
　　　　　Paul J. Tanck (PHV)
　　　　　ptanck@chadbourne.com
　　　　　Abbe D. Lowell (PHV)
　　　　　adlowell@chadbourne.com
　　　　　**CHADBOURNE & PARKE LLP**
　　　　　30 Rockefeller Plaza
　　　　　New York, N.Y. 10112
　　　　　(212) 408-5100 (voice)
　　　　　(212) 230-8888 (fax)

　　　　　Attorneys for Defendant Rockwell Automation, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Steven M. Auvil*
Steven M. Auvil (0063827)

An Attorney for Defendant
Rockwell Automation, Inc.