# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,
WAGO KONTAKTTECHNIK GMBH & CO. KG

    *Plaintiffs*,

  v.

ROCKWELL AUTOMATION, INC.,

    *Defendant*.

Case No. 1:11cv756

Judge Christopher A. Boyko
Magistrate Judge Nancy A. Vecchiarelli

## NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

Pursuant to the Court's November 7, 2012 Scheduling Order (Dkt. No. 66) which required the parties to agree upon a date for a settlement conference to be held within 30 days of the disclosure of the claim construction rebuttal expert (February 15, 2012), the parties have agreed upon the following proposed dates:  February 21, 2013 or February 22, 2013.  The parties agree that a party representative will be present at the settlement conference.

Date:  November 20, 2012

Respectfully submitted,

/s/ Mark C. Johnson
Jay R. Campbell (0041293)
Mark C. Johnson (0072625)
Nicholas J. Gingo (0083684)
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 736-3170 (voice)
(216) 621-6165 (fax)
mjohnson@rennerotto.com

COUNSEL FOR PLAINTIFFS

/s/ Paul J. Tanck (by consent)
Paul J. Tanck (admitted pro hac vice)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, N.Y. 10112
(212) 408-5100 (voice)
(212) 230-8888 (fax)
ptanck@chadbourne.com

COUNSEL FOR DEFENDANT
ROCKWELL AUTOMATION, INC

## CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2012 a copy of foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mark C. Johnson
*Attorney for plaintiffs*
