# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **WAGO Verwaltungsgesellschaft mbH, et al.,** | ) | **Case No.  1:11CV756** |
| | ) | |
| Plaintiff(s), | ) | **JUDGE O'MALLEY** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **Rockwell Automation, Inc.,** | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pursuant to Local Civil Rule 3.1(b)(5), with the agreement of both the transferor and transferee judges, and the approval of the Chief Judge, the above captioned case is transferred to the docket of Judge James S. Gwin.

**IT IS SO ORDERED.**

*s/ Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**


*s/ James S. Gwin*
**JAMES S. GWIN**
**UNITED STATES DISTRICT JUDGE**


**APPROVED:**
*s/ Solomon Oliver, Jr.*
**SOLOMON OLIVER, JR.**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**

**DATED:  December 17, 2012**