MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 1/11/13 |
| Judge: | James S. Gwin |
| Case No.: | 1:11cv00756 |
| Court Reporter: | None |

WAGO VERWALTUNGSGESELLSCHAFT MB H, )
)
)
    Plaintiff, )
)
vs. )
)
ROCKWELL AUTOMATION, INC., )
)
    Defendant. )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 2 hrs. 6 min.          *s/   Gwen Mackey*
                                                                                Courtroom Deputy Clerk