## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, | Case No. 1:11cv756 |
| *Plaintiffs*, | Judge James S. Gwin |
| v. | Magistrate Judge Nancy A. Vecchiarelli |
| ROCKWELL AUTOMATION, INC., | **MOTION TO PERMIT *PRO HAC VICE* APPEARANCE OF JACOB P. MARTINEZ** |
| *Defendant*. | |

The undersigned counsel hereby moves under Local Civil Rule 83.5(h), for an Order granting admission *pro hac vic*e to Jacob P. Martinez, Esq. as counsel for defendant Rockwell Automation, Inc. in this case. A declaration supporting this motion is attached as Exhibit A and is incorporated herein as if fully rewritten. The $100.00 fee is paid herewith. For these reasons, this Motion should be granted.

Dated: January 17, 2013

By: /s/ Steven M. Auvil

Steven M. Auvil (Ohio Bar No. 0063827)
Steven.Auvil@squiresanders.com
**SQUIRE SANDERS (US) LLP**
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8023
Facsimile:  (216) 479-8780

Paul Tanck (admitted *pro hac vice*)
ptanck@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

CLEVELAND/1326127.1

2

Abbe D. Lowell (admitted *pro hac vice*)
adlowell@chadbourne.com
Kate McSweeny (admitted *pro hac vice*)
kmcsweeny@chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, NW, Ste. 300
Washington, DC 20036
Telephone:  (202) 974-5605
Facsimile:  (202) 974-5602

Attorneys for Defendant
Rockwell Automation, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, a copy of the foregoing document was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

/s/ Steven M. Auvil
Steven M. Auvil