**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, | Case No. 1:11cv756 |
| *Plaintiffs*, | Judge James S. Gwin |
| v. | Magistrate Judge Nancy A. Vecchiarelli |
| ROCKWELL AUTOMATION, INC., | |
| *Defendant*. | |

**AFFIDAVIT OF JACOB P. MARTINEZ IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

I, Jacob P. Martinez, state as follows:

1.      I am seeking admission *pro hac vice* to appear and serve as counsel for defendant Rockwell Automation, Inc. in the captioned case only.

2.      I am a member in good standing of and eligible to practice in the State of Connecticut (State Bar No. 430021), admitted to practice on June 15, 2009.

3.      I am also admitted to practice before:

- State of Oregon, State Bar No. 054875, admitted October 11, 2005
- U.S. Patent and Trademark Office, Reg. No. 57924, admitted November 28, 2005
- U.S. District Court, District of Connecticut, ct28162, admitted November 6, 2009
- U.S. District Court, Western District of Wisconsin, admitted October 5, 2012

4.      I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

5.      My full name and contact information is:

> Jacob P. Martinez
> Chadbourne & Parke LLP
> 30 Rockefeller Plaza
> New York, NY 10112
> Phone: (212) 408-1156
> Fax: (646) 710-1156
> Email: jmartinez@chadbourne.com

6.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

7.      I have never been disciplined or denied admission by a jurisdiction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

> /s/ *Jacob P. Martinez*
> Jacob P. Martinez

Executed on January 16, 2013
in New York, NY

2