# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>    *Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin<br><br>Magistrate Judge Nancy A. Vecchiarelli<br><br>**MOTION TO PERMIT *PRO HAC VICE* APPEARANCE OF GREGORY J. CARBO** |

The undersigned counsel hereby moves under Local Civil Rule 83.5(h), for an Order granting admission *pro hac vic*e to Gregory J. Carbo, Esq. as counsel for defendant Rockwell Automation, Inc. in this case. A declaration supporting this motion is attached as Exhibit A and is incorporated herein as if fully rewritten. The $120.00 fee is paid herewith. For these reasons, this Motion should be granted.

                                                      Respectfully submitted,

Dated: February 19, 2013                  By: /s/ Steven M. Auvil

                                                  Steven M. Auvil (Ohio Bar No. 0063827)
                                                  Steven.Auvil@squiresanders.com
                                                  **SQUIRE SANDERS (US) LLP**
                                                  4900 Key Tower
                                                  127 Public Square
                                                  Cleveland, Ohio 44114
                                                  Telephone: (216) 479-8023
                                                  Facsimile:  (216) 479-8780

                                                  Paul Tanck (admitted *pro hac vice*)
                                                  ptanck@chadbourne.com
                                                  Jacob P. Martinez (admitted *pro hac vice*)
                                                  jmartinez@chadbourne.com
                                                  CHADBOURNE & PARKE LLP
                                                  30 Rockefeller Plaza

New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Abbe D. Lowell (admitted *pro hac vice*)
adlowell@chadbourne.com
Kate McSweeny (admitted *pro hac vice*)
kmcsweeny@chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, NW, Ste. 300
Washington, DC 20036
Telephone: (202) 974-5605
Facsimile: (202) 974-5602

Attorneys for Defendant
Rockwell Automation, Inc.

Case: 1:11-cv-00756-JG Doc #: 76 Filed: 02/19/13 2 of 3. PageID #: 1086

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Auvil
Steven M. Auvil

1331693.1/110370.00001