IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, | Case No. 1:11cv756 |
| *Plaintiffs*, | Judge James S. Gwin |
| v. | Magistrate Judge Nancy A. Vecchiarelli |
| ROCKWELL AUTOMATION, INC., | |
| *Defendant*. | |

### AFFIDAVIT OF GREGORY CARBO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Gregory Carbo, state as follows:

1. I am seeking admission *pro hac vice* to appear and serve as counsel for defendant Rockwell Automation, Inc. in the captioned case only.

2. I am a member in good standing of and eligible to practice in the State of New York (State Bar No. 4460101), admitted to practice on December 11, 2006.

3. I am also admitted to practice before:

    - U.S. District Court, Southern District of New York, admitted April 17, 2007;

    - U.S. Patent and Trademark Office, Reg. No. 47470, admitted March 19, 2001.

4. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

CLEVELAND/1325484.1

5. My full name and contact information is:

>Gregory J. Carbo
>Chadbourne & Park LLP
>30 Rockefeller Plaza
>New York, NY 10112
>Phone: (212) 408-1159
>Fax: (646) 710-1159
>Email: gcarbo@chadbourne.com

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have never been disciplined or denied admission by a jurisdiction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                          */s/ Gregory J. Carbo*
                                          Gregory J. Carbo

Executed on February 18, 2013
in New York, NY