**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>         *Plaintiffs*,<br><br>     v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>         *Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin |

## DEFENDANT ROCKWELL AUTOMATION, INC.'S
## NOTICE OF FILING CORRECTED OPENING CLAIM CONSTRUCTION BRIEF

Pursuant to the Court's March 11, 2013 Docket Remark, Defendant Rockwell Automation, Inc. hereby files its Corrected Opening Claim Construction Brief which corrects the following formatting errors:

1) the figure on page 11 was moved to page 12 so that it would not be obscured by text;

2) formatting errors on pages 6, 7, 9, 11-14, 20, 21, 24 and 25 were corrected; and

3) the table of contents was updated to reflect page changes.

Dated: March 11, 2013        By:     /s/ Paul J. Tanck
                                                        Paul J. Tanck (admitted *pro hac vice*)
                                                        Greg Carbo (admitted *pro hac vice*)
                                                        Chadbourne & Parke LLP
                                                        30 Rockefeller Plaza
                                                        New York, N.Y. 10112
                                                        (212) 408-5100 (voice)
                                                        (212) 230-8888 (fax)
                                                        ptanck@chadbourne.com

                                                        Steven M. Auvil (0063827)
                                                        steven.auvil@squiresanders.com
                                                        SQUIRE SANDERS (US) LLP
                                                        4900 Key Tower
                                                        127 Public Square
                                                        Cleveland, Ohio 44114
                                                        Tel.: (216) 479-8023
                                                        Fax: (216) 479-8780

                                                        COUNSEL FOR DEFENDANT
                                                        ROCKWELL AUTOMATION, INC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Paul J. Tanck
Paul J. Tanck