IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>   *Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin |

## JOINT SUPPLEMENTAL PREHEARING STATEMENT

Counsel for the parties have conferred with respect to the upcoming, March 15, 2013 claim construction hearing. To streamline the hearing, and in light of the manner in which the parties' positions have been developed in the briefing process, the parties have agreed that neither party will call any live witnesses.

The parties have further agreed to the following hearing process, subject to the Court's approval:

  A. Brief Opening Statements by Counsel (Plaintiff then Defendant).

  B. Address claim construction issues by group (with each party presenting on each group before moving to the next) in the following order:

Group 1 (Plaintiff then Defendant)
  1. "individual terminal" or "individual bus terminal"
  2. "terminal block"

Group 2 (Defendant then Plaintiff)
  1. "bus contacts automatically contacting . . ."
  4. "pressure contact in a lateral face thereof . . ."

Group 3 (Plaintiff then Defendant)
  1. "power bridging member . . ."

    2. "knife like contact"

    3. "resilient fork like contact"

    4. "bar-like flat rail"

Group 4 (Defendant then Plaintiff)

    1. "configuring the device . . ."

    2. "engaging automatically . . ."

Group 5 (Plaintiff then Defendant)

    1. "electronic means which connects bus parts to a serial data bus line and power supply line"

    2. "electronic means which connects bus parts to a serial data bus line"

    3. "mountable electronic means"

    4. "data bus line and power supply line being incorporated . . ."

| | |
|---|---|
| Dated: March 7, 2013 | Respectfully submitted, |
| /s/ Mark C. Johnson (with permission) | /s/ Paul J. Tanck |
| Jay R. Campbell (0041293) | Paul J. Tanck (admitted *pro hac vice*) |
| Mark C. Johnson (0072625) | Abbe Lowell (admitted *pro hac vice*) |
| Nicholas J. Gingo (0083684) | Gregory Carbo (admitted *pro hac vice*) |
| Renner, Otto, Boisselle & Sklar, LLP | Chadbourne & Parke LLP |
| 1621 Euclid Avenue, 19th Floor | 30 Rockefeller Plaza |
| Cleveland, Ohio 44115 | New York, N.Y. 10112 |
| (216) 736-3170 (voice) | (212) 408-5100 (voice) |
| (216) 621-6165 (fax) | (212) 230-8888 (fax) |
| mjohnson@rennerotto.com | ptanck@chadbourne.com |
| | |
| COUNSEL FOR PLAINTIFF | Steven M. Auvil (0063827) |
| WAGO VERWALTUNGSGESELLSCHAFT | steven.auvil@squiresanders.com |
| | SQUIRE SANDERS (US) LLP |
| | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, Ohio 44114 |
| | Tel.: (216) 479-8023 |
| | Fax: (216) 479-8780 |
| | |
| | COUNSEL FOR DEFENDANT |
| | ROCKWELL AUTOMATION, INC |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                              /s/ Paul J. Tanck
                                              Paul J. Tanck