**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO. KG  *Plaintiffs*,  v.  ROCKWELL AUTOMATION, INC.,  *Defendant*. | Case No. 1:11cv756  Judge James S. Gwin |

**SECOND JOINT SUPPLEMENTAL PREHEARING STATEMENT**

Further to the parties' March 11, 2013 Joint Supplemental Prehearing Statement (Dkt. 81), the parties have agreed to further reduce the number of terms requiring construction in order to streamline the March 15, 2013 claim construction hearing.

Specifically the parties have agreed to remove the following terms from Group 5 of the March 11, 2013 Joint Supplemental Prehearing Statement (Dkt. 81) as Rockwell has agreed to Wago's proposed constructions as set forth in Wago's Opening Claim Construction Brief (Dkt. 77):

1. "electronic means  which connects bus parts to a serial data bus line and power supply line"
2. "electronic means which connects bus parts to a serial data bus line"
3. "mountable electronic means"

The parties agree to the remainder of the hearing process proposed in the March 11, 2013 Joint Supplemental Prehearing Statement, subject to the Court's approval.

Dated: March 14, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Mark C. Johnson (by consent) | /s/ Paul J. Tanck |
| Jay R. Campbell (0041293) | Paul J. Tanck (admitted *pro hac vice*) |
| Mark C. Johnson (0072625) | Abbe Lowell (admitted *pro hac vice*) |
| Nicholas J. Gingo (0083684) | Gregory Carbo (admitted *pro hac vice*) |
| Renner, Otto, Boisselle & Sklar, LLP | Chadbourne & Parke LLP |
| 1621 Euclid Avenue, 19th Floor | 30 Rockefeller Plaza |
| Cleveland, Ohio 44115 | New York, N.Y. 10112 |
| (216) 736-3170 (voice) | (212) 408-5100 (voice) |
| (216) 621-6165 (fax) | (212) 230-8888 (fax) |
| mjohnson@rennerotto.com | ptanck@chadbourne.com |
| | |
| COUNSEL FOR PLAINTIFFS | Steven M. Auvil (0063827) |
| WAGO VERWALTUNGSGESELLSCHAFT | steven.auvil@squiresanders.com |
| MBH AND WAGO KONTAKTTECHNIK | SQUIRE SANDERS (US) LLP |
| GMBH & CO. KG | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, Ohio 44114 |
| | Tel.: (216) 479-8023 |
| | Fax: (216) 479-8780 |
| | |
| | COUNSEL FOR DEFENDANT |
| | ROCKWELL AUTOMATION, INC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

      /s/ Paul J. Tanck
*An Attorney for Defendant*