MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 3/15/13 |
| Judge: | James S. Gwin |
| Case No.: | 1:11cv00756 |
| Court Reporter: | S. Trischan |

WAGO VERWALTUNGSGESELLSCHAFT )
MBH, )
                                                                 )
     Plaintiff, )
                                                                  )
vs. )
                                                                  )
ROCKWELL AUTOMATION, INC., )
                                                                  )
     Defendant. )

MATTERS CONSIDERED: Claim construction hearing and status conference.

TOTAL TIME: 2 hr. 17 min.                         *s/    Gwen Mackey*
                                                                        Courtroom Deputy Clerk