## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH,
WAGO KONTAKTTECHNIK GMBH & CO. KG

       *Plaintiffs*,

   v.

ROCKWELL AUTOMATION, INC.,

       *Defendant*.

Case No. 1:11cv756

Judge James S. Gwin

### NOTICE OF FILING OF MARKMAN PRESENTATION

     Defendant Rockwell Automation, Inc. hereby gives notice of filing for the record its

Markman Presentation (attached as Ex. 1) that was distributed to the Court and counsel and a

copy of the '241 patent claims marked by Rockwell's counsel (attached as Ex. 2) during the

March 15, 2013 hearing.

Dated: March 18, 2013

Respectfully submitted,

/s/ Steven M. Auvil
Paul J. Tanck (admitted *pro hac vice*)
Abbe Lowell (admitted *pro hac vice*)
Gregory Carbo (admitted *pro hac vice*)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, N.Y. 10112
(212) 408-5100 (voice)
(212) 230-8888 (fax)
ptanck@chadbourne.com

Steven M. Auvil (0063827)
steven.auvil@squiresanders.com
SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel.: (216) 479-8023

Fax: (216) 479-8780

COUNSEL FOR DEFENDANT
ROCKWELL AUTOMATION, INC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Steven M. Auvil

*An Attorney for Defendant*