60   1. An input/output device for a data bus, said device being located on a support rail and being adapted to be positioned adjacent other such devices, said device comprising

a plurality of terminal points for the parallel wiring of bus parts, and

65   electronic means which connects bus parts to a serial data bus line and a power supply line, wherein the improvement comprises:

configuring the device with other such devices as series terminals, each having said electronic means, each device being located on the support rail either singly so as to define individual terminals or in a group so as to define a terminal block having bus terminals;   5

said data bus line and power supply line being incorporated in the bus terminals and being slipped therethrough;

each bus terminal having at least one pressure contact in a lateral face thereof which extend towards an adjacent   10 terminal of an adjacently positioned device, the contact automatically contacting the device to an adjacent device in the series direction of the bus terminals so that the bus terminals, which are located on the support rail, are connected to traversing data bus lines and power   15 supply lines to form said bus terminal; and

at least one power bridging member for providing power to the parts communicated with the terminal points of the bus terminals, said power bridging member being   20 fixedly disposed on the lateral face of the bus terminal and the terminal block, and engaging automatically with another power bridging member of an adjacent device when the bus terminals are mounted on the support rail.   25

**2.** The I/O device as set forth in claim **1**, said power bridging member comprising a knife-like contact and a resilient fork-like contact, the contacts being provided alternately on the lateral faces of the bus terminals and engaging one another in the transverse direction when the bus terminals are mounted on the support rail.

**3.** The I/O device as set forth in claim **2**, said power bridging member forming the end-pieces of a bar-like flat rail which extends internally through the individual bus terminals and the bus terminal blocks.

2

**4.** An input/output device for a data bus, said device being locatable on a support rail, and positioned adjacent other such devices, said device

having terminal points for the parallel wiring of bus parts,

and having an electronic means which connects parts to a serial data bus line,

5     wherein the improvement comprises:

configuring the device as series terminals having an incorporated or mountable electronic means, such device being locatable on the support rail in a manner known per se as separate individual terminals or in a
10     group of several as a terminal block;

data bus lines and power supply lines for the electronic means being incorporated in bus terminals and being slipped therethrough, each individual bus terminal and
15     each bus terminal block having pressure contacts in lateral faces thereof which extend towards adjacent terminals;

bus contacts automatically contacting one another in the
20     series direction of the bus terminals when the bus terminals are located on the support rail so that the bus terminals which are located on the support rail are connected to transversing data bus lines and power supply lines to form a terminal bus;
25     power bridge members for providing power to the parts communicating with the terminal points of the bus terminals, said members being fixedly disposed on the lateral faces of each bus terminal and each bus terminal block and engaging automatically one another when the
30     bus terminals are mounted on the support rail, each bridging member comprising a knife-like contact and a resilient fork-like contact, the contacts being provided alternately on the lateral faces of the bus terminals and engaging one another in the transverse direction when
35     the bus terminals are mounted on the support rail.

3