**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, and WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Plaintiffs*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin |

**DECLARATION OF GREGORY CARBO IN SUPPORT OF**
**DEFENDANT ROCKWELL AUTOMATION, INC.'S**
**REPLY CLAIM CONSTRUCTION BRIEF**

I, Gregory Carbo, do hereby declare as follows:

1.      I am an attorney with the law firm of Chadbourne & Parke LLP, counsel to Defendant Rockwell Automation, Inc. in the above-captioned matter.  I am over 18 years old, competent, and if called to testify as to the contents of this declaration, would do so truthfully.

2.      Attached as **Exhibit A** are true and correct copies of excerpts of the transcript of the March 15, 2013 claim construction hearing held before Judge Gwin in connection with the above-captioned matter.

3.      Attached as **Exhibit B** are true and correct copies of excerpts of the transcript of the February 26, 2013 deposition of Paul Kenneth Wright, Ph.D.

4.      Attached as **Exhibit C** are true and correct copies of excerpts of the transcript of the February 28, 2013 deposition of Arthur Zatarain, P.E.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 25, 2013

        /s/ Gregory J. Carbo

Gregory J. Carbo

Attorney for Defendant

Rockwell Automation, Inc.

CHADBOURNE & PARKE LLP

30 Rockefeller Plaza

New York, NY 10112

Tel. (212) 408-1159

Fax (646) 710-1159

gcarbo@chadbourne.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2013 a copy of the foregoing was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:  March 25, 2013

_/s/ Gregory J. Carbo_____
Gregory J. Carbo