1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

------------------------------------x
WAGO VERWALTUNGSGESELLSCHAFT MBH
WAGO KONTAKTTECHNIK GMBH & CO. KG

    Plaintiffs,

vs.                                        Case No.
                                             1:11cv756

ROCKWELL AUTOMATION, INC.,

    Defendant.
------------------------------------x


VIDEOTAPED DEPOSITION OF

PAUL KENNETH WRIGHT, Ph.D.

February 26, 2013

9:27 a.m.




Reported by:
PATRICIA GOULET, CSR 8315
Job Number 29064

**Carbo Decl., Ex. B**

```
                                                                    2
 1
 2
 3
 4
 5
 6             BE IT REMEMBERED that on February 26th,
 7   2013, commencing at the hour of 9:27 a.m., at
 8   Regus Center, 50 California Street, Suite 1500,
 9   San Francisco, California, before me,
10   PATRICIA GOULET, a Certified Shorthand Reporter in
11   and for the State of California, duly authorized to
12   administer oaths pursuant to Section 30(c) of the
13   Federal Rules of Civil Procedure, personally
14   appeared:
15                PAUL KENNETH WRIGHT, Ph.D.
16   called as a witness herein on behalf of the
17   Plaintiff, who, having been first duly administered
18   an oath, was thereupon examined as hereinafter set
19   forth.
20
21
22
23
24
25
```

```
                                                              3
 1              A P P E A R A N C E S :

 2


 3
     FOR THE PLAINTIFFS:
 4
              RENNER, OTTO, BOISSELLE & SKLAR, LLP
 5            1621 Euclid Avenue, 19th Floor
              Cleveland, Ohio 44115
 6            216.621.1113
              216.621.6165
 7            BY:  MARK C. JOHNSON, Esq.
                   mjohnson@rennerotto.com
 8

 9   FOR THE DEFENDANT:

10            CHADBOURNE & PARKE, LLP
              30 Rockefeller Plaza
11            New York, New York 10112
              212.408.5100
12            212.541.5369
              BY:  PAUL J. TANCK, Esq.
13                 ptanck@chadbourne.com

14

15   VIDEOGRAPHER:

              BY:  PETER HIBBARD
16

17

18

19

20

21

22

23

24

25
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**Carbo Decl., Ex. B**

122

1   of ordinary skill in the art to say, hey, instead of
2   using pressure contacts, or instead of using these
3   pressure tabs and mating services that are pushing
4   these apart, let's just use the knife and fork
5   contacts because that's their equivalent, and they
6   don't have this result of pushing them apart.  So
7   why don't we just use those?  Because it would be
8   obvious to a person of ordinary skill in the art to
9   use a knife and fork contact in place of the bus
10  contact that's being referred to in column 2, lines
11  58 through 62?
12       A.   No.
13       Q.   Why not?
14       A.   We have six, the embodiments show six --
15  excuse me.
16            The embodiments show six of these kinds of
17  contacts:  six, 10 and 11.
18       Q.   And you're referring to the bus contacts?
19       A.   Yes.
20       Q.   Yes.
21       A.   To have an alignment of six knife and
22  forks here, and to spend the extra money on doing
23  that, that wouldn't seem a rational thing to do to a
24  person of ordinary skill in the art.
25       Q.   Okay.

123

1         Would using knife and fork contacts there
2    be harder to do than to use --
3         A.   Yes.
4         Q.   Why is that?
5         A.   Because when these buttons turn -- let's
6    call them buttons.
7         Q.   Buttons, referring to, again, are these
8    bus contacts, six of them in a row?
9         A.   Yeah, items 10.
10        Q.   Items 10?
11        A.   Items 10.  Items 10 have got a press
12   against item 11, and from a simple assembly process
13   to get six of these in a row, like a knife and fork
14   connection, to make sure they slotted in, that would
15   be really hard to do.  It would be very expensive to
16   make, especially in the early 1990s.
17        Q.   Are there any other disadvantages to using
18   a knife and fork contact there besides just expense?
19        A.   Not that I can think of.
20        Q.   I know you didn't review the German patent
21   that was listed on the front of the '241 patent,
22   that the '241 patent claims priority to, but my
23   question is:  Did you review the prosecution history
24   for that German patent?
25        A.   In Germany?

**Carbo Decl., Ex. B**