**DEPOSITION OF ARTHUR ZATARAIN, P.E.**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF LOUISIANA
EASTERN DIVISION

WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO.KG

  Plaintiffs,
    CIVIL ACTION

VERSUS    NO. 1:11cv756

    JUDGE JAMES S. GWIN
ROCKWELL AUTOMATION, INC.

  Defendant.

  Videotaped deposition of ARTHUR ZATARAIN, P.E., Artzat Consulting, LLC, 401 Arlington Drive, Metairie, Louisiana 70001, taken in the Board Room at the Marriott, 555 Canal Street, New Orleans, Louisiana 70130, reported on Thursday, February 28th, 2013 beginning at 10:06 a.m.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY
1.800.694.4787 www.cefgroup.com fax:216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, Ohio 44103 • 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, Ohio 44308 • 330.253.8119
Court Reporting • Video Conferencing • Legal Video Production • Investigations
Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Carbo Decl., Ex. C**

DEPOSITION OF ARTHUR ZATARAIN, P.E.

Page 2

1  APPEARANCES:
2
3
   RENNER, OTTO, BOISSELLE & SKLAR, LLP
4  (BY:  JAY R. CAMPBELL, ESQUIRE
   MARK C. JOHNSON, ESQUIRE)
5  1621 EUCLID AVENUE
   NINETEENTH FLOOR
6  CLEVELAND, OHIO 44115
   216-621-1113
7  jcampbell@rennerotto.com
   mjohnson@rennerotto.com
8
       ATTORNEYS FOR THE PLAINTIFFS
9
10
    CHADBOURNE & PARKE
11  (BY:  PAUL J. TANCK, ESQUIRE)
    30 ROCKERFELLER PLAZA
12  NEW YORK, NEW YORK 10112
    212-408-1116
13  ptanck@chadbourne.com
14      ATTORNEYS FOR THE DEFENDANT
15
16
17
18  ALSO PRESENT:
19     DYLAN TURNER
       LEGAL VIDEO SPECIALIST
20
21
22  REPORTED BY:
23     DIANE TEWIS CLARK, RPR, RMR, CRR
       CERTIFIED COURT REPORTER
24     LOUISIANA CERTIFICATE #73005
       ARKANSAS CERTIFICATE #672
25

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY
1.800.694.4787   www.cefgroup.com   fax:216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, Ohio 44103 • 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, Ohio 44308 • 330.253.8119
Court Reporting • Video Conferencing • Legal Video Production • Investigations
Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Carbo Decl., Ex. C**

**DEPOSITION OF ARTHUR ZATARAIN, P.E.**

Page 3

```
 1              *  *  *
 2         EXAMINATION INDEX
 3                   Page
 4  EXAMINATION BY MR. CAMPBELL ...........6
 5  EXAMINATION BY MR. TANCK ............137
 6
 7              *  *  *
 8          INDEX OF EXHIBITS
 9                   Page
10
11  Plaintiff's Exhibit No. 1  ...........24
12    United States Patent, Hennemann, et
      al., Patent Number: 5,716,241,
13    Date of Patent: Feb. 10, 1998
14  Plaintiff's Exhibit No. 2  ...........34
15    United States Patent, Beer, et al.,
      Patent Number: 4,956,747, Date of
16    Patent: Sep. 11, 1990
17  Plaitiff's Exhibit No. 3  ............42
18    "Joint Claim Construction and
      Prehearing Statement"
19
20  Plaintiff's Exhibit No. 4  ..........125
21    Declaration of Arthur Zatarain, Re:
      Claim Construction of US 5,715,241
22
23
24
25
```

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY
1.800.694.4787    www.cefgroup.com    fax:216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, Ohio 44103 • 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, Ohio 44308 • 330.253.8119
Court Reporting • Video Conferencing • Legal Video Production • Investigations
Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Carbo Decl., Ex. C**

**DEPOSITION OF ARTHUR ZATARAIN, P.E.**

Page 4

1  S T I P U L A T I O N
2       It is stipulated and agreed by and
3  between counsel for the parties hereto that
4  the deposition of the aforementioned witness
5  is hereby being taken pursuant to the
6  Federal Rules of Civil Procedure;
7
8       All formalities, with the
9  exception of the reading and signing of the
10 transcript by the witness, are hereby
11 waived;
12
13      All objections, except those as to
14 the form of the question and the
15 responsiveness of the answer, are hereby
16 reserved until such time as this deposition,
17 or any part thereof, may be used or sought
18 to be used in evidence.
19
20      * * *
21
22      DIANE TEWIS CLARK, RPR, RMR, CRR,
23 Certified Court Reporter, State of
24 Louisiana, officiated in administering the
25 oath to the witness.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY
1.800.694.4787   www.cefgroup.com   fax:216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, Ohio 44103 • 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, Ohio 44308 • 330.253.8119
Court Reporting • Video Conferencing • Legal Video Production • Investigations
Claims Services • Process Service • Record Retrieval • Document Management • Trial Graphics

**Carbo Decl., Ex. C**

**DEPOSITION OF ARTHUR ZATARAIN, P.E.**

Page 115

1     A couple of times in your answers,
2 you referred to a power bridge.  What is a
3 power bridge?
4     **A.**  It's not a very specific term, but
5 it would generally mean that part of an
6 assembly that's responsible for carrying
7 some sort of shared power among two or more
8 devices.
9     **Q.**  Very good.
10     MR. CAMPBELL:
11     How about we take a ten-minute
12 break.
13     THE VIDEOGRAPHER:
14     The time now is 2:19.  We're off
15 the record -- 12:19 p.m.
16     (Whereupon, a brief recess was
17 taken.)
18     THE VIDEOGRAPHER:
19     The time is 12:38 p.m.  We're back
20 on the record.
21 EXAMINATION BY MR. CAMPBELL:
22     **Q.**  Sir, I want to go back and try to
23 catch up on some of the knowledge of persons
24 of ordinary skill in the art back, you know,
25 when the patent was filed, which in this

**Cefaratti Group** 1.800.694.4787 www.cefgroup.com fax:216.687.0973
THE LITIGATION SUPPORT COMPANY
Cleveland: 4608 St. Clair Avenue, Cleveland, Ohio 44103 · 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, Ohio 44308 · 330.253.8119
Court Reporting · Video Conferencing · Legal Video Production · Investigations
Claims Services · Process Service · Record Retrieval · Document Management · Trial Graphics

**Carbo Decl., Ex. C**