1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

------------------------------------x
WAGO VERWALTUNGSGESELLSCHAFT MBH
WAGO KONTAKTTECHNIK GMBH & CO. KG

      Plaintiffs,

vs.                                          Case No.
                                             1:11cv756
ROCKWELL AUTOMATION, INC.,

      Defendant.
------------------------------------x


VIDEOTAPED DEPOSITION OF

PAUL KENNETH WRIGHT, Ph.D.

February 26, 2013

9:27 a.m.




Reported by:
PATRICIA GOULET, CSR 8315
Job Number 29064

**EXHIBIT B**

143

1  able to supply load power to the parts that are
2  connected to the terminal point of that I/O device?
3      A.   Yes.
4      Q.   I want to ask you one question about your
5  report.  Are there, to your knowledge, any changes
6  in your report that you want to make at this time?
7      A.   No.
8           MR. TANCK:  Okay.  In that case, I have no
9  further questions at this time.
10          And I will follow up with you, Mark, on
11 getting any documents or things that we asked for.
12 So we can follow up with that with you separately.
13          MR. JOHNSON:  Okay.  I actually have a few
14 questions.
15          Can you please get me Dr. Wright's expert
16 report, the one that he gave you, and provide it to
17 the witness.
18          MR. TANCK:   Sure.
19             EXAMINATION BY MR. JOHNSON
20     Q.   I believe this is this your expert report,
21 Dr. Wright?
22     A.   Yes.
23     Q.   Can I direct you to paragraph 19, please.
24          I just want to clear up some apparent
25 inconsistencies in your testimony.

144

1    Q. Is it your opinion that knife and fork
2  contacts are a type of pressure contact?
3    A. Yes.
4    Q. Will you please look at claim 1 of the
5  patent. I believe you have it as Exhibit 2.
6    Do you see where it says in column 5,
7  line 9, "each bus terminal having at least one
8  pressure contact"?
9    A. Yes.
10   Q. Is it your opinion that the claimed
11 pressure contact as set forth in column 5, line 9,
12 cannot be a knife and fork contact?
13   A. No.
14      MR. TANCK: Objection to the form of
15 question.
16      THE WITNESS: Sorry.
17      MR. TANCK: You can answer.
18      THE WITNESS: It could be.
19 BY MR. JOHNSON:
20   Q. Why is that?
21   A. That could be a way of connecting the
22 adjacent terminal.
23   Q. Okay. Similarly, I'd like to direct you
24 to column 6. Do you see where it says "bus
25 contacts. Automatically contacting one another in a

145

1    series direction"?
2        A.   Yes.
3        Q.   Can those bus contacts as you understand
4    the claim be knife and fork contacts?
5        A.   They could be.
6        Q.   Earlier when Mr. Tanck was questioning
7    you, I recall you saying that the pressure contact
8    of column 5 was not a knife and fork contact.  Do
9    you recall testifying to that effect?
10           MR. TANCK:  Objection to form.
11           THE WITNESS:  I think I said it was
12   unlikely.
13   BY MR. JOHNSON:
14       Q.   Were you referring -- you were testifying
15   about the pressure contact at column 5.  Were you
16   referring to the meaning of the word in the claim,
17   or were you referring to it as used in the
18   description of that?
19       A.   I don't understand.  Can you ask me again.
20   I'm sorry.
21       Q.   I'm trying not to ask the question
22   improperly.
23           Do you recall testifying that the at least
24   one pressure contact, column 5, line 9, is not a
25   knife and fork contact?

146

1   A.   No, I don't.

2   Q.   Did you intend to testify?

3   A.   No.

4   Q.   Similarly, do you recall testifying that
5   column 6, line 18, bus contacts automatically
6   contacting one another is not a knife and fork
7   contact?

8   A.   No.

9   Q.   Did you intend to testify in that manner?

10  A.   No.

11  Q.   Is there any reason why one of skill in
12  the art -- strike that.

13       Do you recall testifying about
14  manufacturing considerations that might go into
15  choosing the type of pressure contact disclosed at
16  number 10 in the patent versus a knife and fork
17  contact?

18  A.   I do recall that, yeah.

19  Q.   Aside from what I believe you testified
20  was additional cost, is there any reason why one of
21  skill in the art would not use a knife and contact
22  as a bus contact?

23  A.   No.

24       MR. JOHNSON:   I have no further questions.

25       MR. TANCK:   I just have one follow-up