# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Plaintiffs*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin<br>Magistrate Judge Nancy A. Vecchiarelli |

## JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs WAGO Verwaltungsgesellschaft mbH and WAGO Kontakttechnik GmbH (collectively, "WAGO") and defendant Rockwell Automation, Inc. ("Rockwell") (collectively with WAGO, "the Parties") stipulate and agree to dismiss all claims in the above captioned lawsuit with prejudice, with each to bear its own costs, attorney fees, and expenses.

Date:  July 11, 2013

Respectfully submitted,

| | |
|---|---|
| /s/  Mark C. Johnson (with consent) | /s/ Paul J. Tanck |
| Jay R. Campbell (0041293) | Abbe D. Lowell (admitted *pro hac vice*) |
| Mark C. Johnson (0072625) | Paul J. Tanck (admitted *pro hac vice*) |
| Renner, Otto, Boisselle & Sklar, LLP | Chadbourne & Parke LLP |
| 1621 Euclid Avenue, 19th Floor | 30 Rockefeller Plaza |
| Cleveland, Ohio 44115 | New York, N.Y. 10112 |
| (216) 736-3170 (voice) | (212) 408-5100 (voice) |
| (216) 621-6165 (fax) | (212) 230-8888 (fax) |
| jcampbell@rennerotto.com | alowell@chadbourne.com |
| mjohnson@rennerotto.com | ptanck@chadbourne.com |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT ROCKWELL AUTOMATION, INC |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 11, a copy of foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              s/ Paul Tanck
                                                              *Attorney for Defendant*