Stipulated dismissal with prejudice approved 7/12/13.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| WAGO VERWALTUNGSGESELLSCHAFT MBH, WAGO KONTAKTTECHNIK GMBH & CO. KG<br><br>*Plaintiffs*,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br><br>*Defendant*. | Case No. 1:11cv756<br><br>Judge James S. Gwin<br>Magistrate Judge Nancy A. Vecchiarelli |

## JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs WAGO Verwaltungsgesellschaft mbH and WAGO Kontakttechnik GmbH (collectively, "WAGO") and defendant Rockwell Automation, Inc. ("Rockwell") (collectively with WAGO, "the Parties") stipulate and agree to dismiss all claims in the above captioned lawsuit with prejudice, with each to bear its own costs, attorney fees, and expenses.

Date: July 11, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Mark C. Johnson (with consent)<br>Jay R. Campbell (0041293)<br>Mark C. Johnson (0072625)<br>Renner, Otto, Boisselle & Sklar, LLP<br>1621 Euclid Avenue, 19th Floor<br>Cleveland, Ohio 44115<br>(216) 736-3170 (voice)<br>(216) 621-6165 (fax)<br>jcampbell@rennerotto.com<br>mjohnson@rennerotto.com<br><br>COUNSEL FOR PLAINTIFFS | /s/ Paul J. Tanck<br>Abbe D. Lowell (admitted *pro hac vice*)<br>Paul J. Tanck (admitted *pro hac vice*)<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, N.Y. 10112<br>(212) 408-5100 (voice)<br>(212) 230-8888 (fax)<br>alowell@chadbourne.com<br>ptanck@chadbourne.com<br><br>COUNSEL FOR DEFENDANT<br>ROCKWELL AUTOMATION, INC |